# United States District Court
### Northern District of New York
## CIVIL JUDGMENT

**ANDREA E. SMITH**

                                                       *Plaintiff*

                            **VS.**                                  **1:05-CV-1057 (NAM)**

**DR. GARY WADHIWA; DR. SHAMBHU MENTA**

                                                   *Defendants'*

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff's application to proceed in forma pauperis is granted, further ordered that this action is dismissed pursuant to 28 USC section 1915(e)(2)(B) and Rule 5.4(a) of the Local Rules of Practice of this District.

All of the above pursuant to the Order of the Honorable Judge Norman A. Mordue, dated the 2nd day of September, 2005.

| | |
|---|---|
| **September 6, 2005** | **LAWRENCE K. BAERMAN** |
| _____ | _____ |
| **DATE** | **CLERK OF COURT** |
| | s/ |
| | _____ |
| | **JOANNE BLESKOSKI** <br> **DEPUTY CLERK** |